29 A.3d 762

**Roy ROBINSON, Petitioner**

v.

**Mike WENEROWICZ, Warden at SCI Graterford Department of Corrections, Respondent.**

**No. 40 EM 2011.**

Supreme Court of Pennsylvania.

Sept. 30, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of September, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**